**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq. (CA Bar No. 330990)
20900 NE 30th Ave, Suite 417
Aventura, FL 33180
Telephone: 305-975-3320
scott@edelsberglaw.com

*Counsel for Plaintiff and Proposed Class*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYLA GUTIERREZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KARZ PLUS, LLC, a California Limited Liability Company,<br><br>Defendant. | Case No. 3:20-cv-02335-MMA-LL<br><br><u>CLASS ACTION</u><br><br>**JOINT MOTION FOR DISMISSAL**<br><br>Complaint Filed:  11/30/2020<br>Trial Date:  Not Set |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiff Kayla Gutierrez ("Plaintiff") and Defendant Karz Plus, LLC ("Karz Plus") have reached a settlement as previously reported to this Court. Plaintiff and Karz Plus hereby stipulate and jointly move to dismiss this lawsuit, which has not been certified as a class action, in its entirety pursuant to Federal Rule of Civil Procedure 41(a). Specifically, the parties request that the Court dismiss Plaintiff's individual claims asserted against Karz Plus WITH PREJUDICE, and dismiss all class claims alleged on behalf of the unnamed putative class members WITHOUT PREJUDICE.

Dated: February 25, 2021

**EDELSBERG LAW, P.A.**

By  */s/ Scott Edelsberg*
SCOTT EDELSBERG
Attorneys for Plaintiff
Email: scott@edelsberglaw.com

Dated: February 25, 2021       BALESTRERI, POTOCKI & HOLMES, ALC

By  /s/ Michael C. Rogers
Michael C. Rogers
Attorneys for Defendant
Email: mrogers@bph-law.com