# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYLA GUTIERREZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KARZ PLUS, LLC,<br><br>Defendant. | Case No.: 20-cv-2335-MMA (LL)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 10] |

On February 26, 2021, the parties filed a joint motion to dismiss pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** Plaintiff's individual claims against Defendant with prejudice and Plaintiff's class claims against Defendant without prejudice.  The Court further **DIRECTS** the Clerk of Court to terminate all pending motions and deadlines and close this case.

**IT IS SO ORDERED.**

Dated: February 26, 2021

_____
HON. MICHAEL M. ANELLO
United States District Judge